# Court of Appeals
# of the State of Georgia

ATLANTA,  April 06, 2026

*The Court of Appeals hereby passes the following order:*

**A26I0165. CALVIN LEWIS NEAL v. THE STATE.**

This application for interlocutory appeal arises out of a criminal case that has been pending against Calvin Lewis Neal since September 2019. In December 2022, the trial court entered an order granting Neal's motion to suppress evidence against him discovered during an allegedly illegal detention. The State filed a timely motion for reconsideration, and on December 22, 2025, the trial court entered an order granting that motion, vacating its prior order, and denying Neal's motion to suppress.

The trial court entered its first certificate of immediate review on January 8, 2026. Neal then filed an interlocutory application from the December 22 order, but we dismissed the application because the certificate was not filed within 10 days of the order. See Case No. A26I0114 (Feb. 3, 2026). We explained that Neal's remedy was to petition the superior court to vacate and re-enter the order at issue.

The trial court then vacated and re-entered the *certificate of immediate review*, and Neal has filed a second application from the trial court's December 22 order. However, we again lack jurisdiction. Under OCGA § 5-6-34(b), a party may seek interlocutory review only if the trial court enters its certificate within ten days of the order sought to be appealed. The requirements of OCGA § 5-6-34(b) are jurisdictional. *Settendown Pub. Utility v. Waterscape Utility*, 324 Ga. App. 652, 653 (751 SE2d 463) (2013). Consequently, because the second certificate of immediate review was not entered within ten days of the December 22 order, we are without jurisdiction to consider this application.

To clarify, if the trial court wants to allow for interlocutory review, it should:

(1) vacate and re-enter its December 22 order granting the State's motion for reconsideration and denying Neal's motion to suppress; and (2) issue a new certificate of immediate review within 10 days of the new order.

For these reasons, we lack jurisdiction to consider this application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* __04/06/2026__

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*